UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JURIS ZANIS PUPOLS, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES PATENT and ) <br> TRADEMARK OFFICE, ) <br> and PHE, INC., ) <br> ) <br> Defendants ) | CAUSE NO. 3:05-CV-579 RM |

OPINION and ORDER

There are two issues in need of resolution. First, plaintiff Juros Pupols sent the court a letter indicating the current defendants are not the parties he now wishes to sue. For Mr. Pupols to amend or correct his complaint, he must comply with N.D. IND. L.R. 15.1. His letter is not in compliance with that rule, so the court denies his request.

Second, a review of the record in this case indicates that proper service of process has not been accomplished upon the defendants. Rule 4(m) of the Federal Rules of Civil Procedure provides as follows:

> (m) Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specific time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

On January 13, the court notified Mr. Pupols of this issue and afforded him thirty days to provide the court with evidence of proper service. Because that time has passed without any such evidence, the court must dismiss this case in accordance with FED. R. CIV. P. 4.

To the extent Mr. Pupols moves this court to amend or correct the complaint, that motion is DENIED [Doc. No. 4]; and as Mr. Pupols has not complied with FED. R. CIV. P. 4, the court DISMISSES this action pursuant to that rule and orders the clerk to CLOSE the case.

SO ORDERED.

ENTERED:   April 19, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   J. Pupols